HAUSER INDUSTRIAL SHEET METAL WORKS, INC., Appellant, v. ELLAR ESTATES CORP. et al., Respondents; et al., Defendants.

Christ, Rabin, Benjamin and Munder, JJ., concur; Beldock, P. J., concurs in result only.   [50 Misc 2d 161.]